1  JOSEPH SCHLESINGER, Bar# 87692
   Acting Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ANDRES VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | 2:12-cr-358 GEB |
|                                      ) | |
|         Plaintiff,                   ) | **STIPULATION AND [PROPOSED] ORDER** |
|                                      ) | **TO CONTINUE STATUS CONFERENCE AND** |
|      v.                              ) | **EXCLUDE TIME** |
|                                      ) | |
| ADRES VALENZUELA and ARISTEO)          | |
| HERRERA,                             ) | DATE:  February 22, 2013 |
|                                      ) | TIME:  9:00 a.m. |
|         Defendants.                  ) | JUDGE: Hon. Garland E. Burrell |
|                                      ) | |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney; defendant ADRES VALENZUELA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant ARISTO HERRERA, by and through his counsel, DINA SANTOS, that the status conference set for Friday, January 25, 2013 be continued to Friday, February 22, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and

the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 22, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 10, 2013    Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
ANDRES VALENZUELA


/s/ Dina Santos
DINA SANTOS
Attorney for Defendant
ARISTEO HERRERA

DATED: January 10, 2013    BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
DANIEL McCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance

outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including February 22, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the January 25, 2013 status conference shall be continued until February 22, 2013, at 9:00 a.m.

Dated: January 10, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge